**FILED**
Aug 05 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ mattb       DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MARTHA GEORGINA OCHOA,<br><br>Defendant. | Case No. '14 CR 2192 H<br><br>INFORMATION<br><br>Title 31, U.S.C., Sec. 5322 – Willful Violation of the Bank Secrecy Act through Failure to Maintain an Effective Anti-Money Laundering Program under Title 31, United States Code, Section 5318(h) and 5322; Title 18, United States Code, Section 2 |

The United States Attorney charges:

Beginning no later than January 2011, and continuing until on or about December, 2012, within the Southern District of California, defendant MARTHA GEORGINA OCHOA, willfully violated Title 31, United States Code, Section 5318(h) and the regulations prescribed thereunder, specifically, Title 31, Code of Federal Regulations, Section 1022.210(a), related to CAPITAL GYSA S.R.L. de C.V., OICOSS, LLC, and INVEX GROUP, LLC, which were all operating as domestic financial institutions and money transmitting businesses, by failing to develop, implement, and maintain an effective anti-money laundering program all in violation of Title 31, United States Code, Sections 5318(h) and 5322, and Title 18, United States Code, Section 2.

DATED: 8/5/14

LAURA E. DUFFY
United States Attorney

s/ Daniel C. Silva
Daniel C. Silva
Assistant U.S. Attorney